No. 94–8451. ACOSTA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8455. ROQUE ROMERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8456. LARA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8457. LONG *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 94–8458. HERNANDO NARVAEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8459. MCCOLLUM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8460. MASON *v.* UNITED STATES;
No. 94–8468. EVANS *v.* UNITED STATES; and
No. 94–8484. HAZEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8478. PALMER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8489. LANGLEY *v.* BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8491. TEAS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–8498. LEBARON *v.* UNITED STATES; and
No. 94–8500. LEBARON, AKA DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8505. PANIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–8506. SAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8508. AFEMATA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8513. SAMOILIW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.